**TRUJILLO RODRIGUEZ & RICHARDS, LLC**
Lisa J. Rodriguez
8 Kings Highway West
Haddonfield, NJ 08033
856-795-9002

and

**TRUJILLO RODRIGUEZ & RICHARDS, LLC**
Ira Neil Richards
R. Andrew Santillo
1717 Arch Street, Suite 3838
Philadelphia, PA  19103
215-731-9004

**GREENFIELD & GOODMAN, LLC**
Richard D. Greenfield
7426 Tour Drive
Easton, MD 21601
410-745-4149
**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **PEARL E. LUCAS**, individually and derivatively on behalf of **COMMERCE BANCORP, INC.**<br><br>Plaintiff,<br><br>v.<br><br>**VERNON W. HILL, II,**<br><br>Defendant<br><br>-and-<br><br>**COMMERCE BANCORP, INC.,**<br><br>Nominal Defendant. | CASE NO.: 07-0349 (RBK) |

**PLAINTIFF'S NOTICE OF MOTION
FOR LEAVE TO FILE AN AMENDED COMPLAINT**

TO:   William M. Tambussi
        Susan M. Leming
        **BROWN & CONNERY, LLP**
        360 Haddon Avenue
        P.O. Box 539
        Westmont, New Jersey 08108

       PLEASE TAKE NOTICE that on November 16, 2007, or as soon thereafter as counsel may be heard, Plaintiff shall move before the United States District Court, District of New Jersey, Mitchell H. Cohen U.S. Courthouse, One John F. Gerry Plaza, Fourth and Cooper Streets, Camden, New Jersey, for leave to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a).

       In support of this motion, Plaintiff will rely upon the accompanying Memorandum of Law.

       A Proposed Form of Order is enclosed.

       Oral Argument is requested if opposed.

Dated: October 19, 2007              Respectfully submitted,

                                 **TRUJILLO RODRIGUEZ & RICHARDS, LLC**

                                 By:  <u>s/ Lisa J. Rodriguez</u>
                                     Lisa J. Rodriguez
                                     8 Kings Highway West
                                     Haddonfield, NJ 08033
                                     (856) 795-9002

                                     and

                                 **TRUJILLO RODRIGUEZ & RICHARDS, LLC**
                                 Ira Neil Richards
                                 R. Andrew Santillo
                                 1717 Arch Street, Suite 3838
                                 Philadelphia, PA 19103

(215) 731-9004

**GREENFIELD & GOODMAN LLC**
Richard D. Greenfield
7426 Tour Drive
Easton, MD  21601
(410) 745-4149

*Attorneys for Plaintiff*