# BROWN & CONNERY
## LLP

ATTORNEYS AT LAW AND PROCTORS IN ADMIRALTY
360 HADDON AVENUE
P.O. BOX 539
WESTMONT, NEW JERSEY 08108

TELEPHONE (856) 854-8900
FACSIMILE (856) 858-4967
www.brownconnery.com

WOODBURY, NJ 08096   CAMDEN, NJ 08102   PHILADELPHIA, PA 19102
(856) 812-8900       (856) 365-5100     (215) 592-4352

WARREN W. FAULK◊
STEVEN G. WOLSCHINA
PAUL MAINARDI
MICHAEL J. VASSALOTTI◊
WILLIAM M. TAMBUSSI◊
MARK P. ASSELTA*
STEPHEN J. DeFEO*
JOSEPH M. NARDI, III*
CHRISTINE P. O'HEARN*◊
JOSEPH T. CARNEY*°
KAREN A. MCGUINNESS*
SUSAN M. LEMING*
SHAWN C. HUBER*
MARK CAIRA

OF COUNSEL
NATHAN A. FRIEDMAN◊
KATHIE L. RENNER*
MICHAEL R. MIGNOGNA*
JOSEPH G. ANTINORI

THOMAS F. CONNERY, JR.(1915-2004)
HORACE G. BROWN (1902-1990)
HOWARD G. KULP, JR. (1906-1987)
◊ CERTIFIED BY THE SUPREME COURT OF
   NEW JERSEY AS A CIVIL TRIAL ATTORNEY

MICHELLE H. BAER^
KRISTY E. BURNS*
WILLIAM F. COOK*
MICHAEL J. DIPIERO*
BRIAN P. FAULK
JOSEPH M. GAREMORE*
ABIGAIL M. GREEN*
PATRICK J. HOLSTON*
JEFFREY R. JOHNSON*
DIANE S. KANE*
LOUIS R. LESSIG*
DONALD K. LUDMAN*
BETH L. MARLIN*
PAMELA A. MULLIGAN
CHRISTOPHER A. ORLANDO*
TAIRONDA E. PHOENIX*
GINA M. ROSWELL*
MATTHEW C. STECHER°
BLAIR C. TALTY*

* ALSO ADMITTED IN PENNSYLVANIA
° ALSO ADMITTED IN NEW YORK
* ALSO ADMITTED IN DELAWARE
^ ALSO ADMITTED IN MARYLAND

February 12, 2008

The Honorable Robert B. Kugler
United States District Judge
For the District of New Jersey
Mitchell H. Cohen Federal Building
1 John F. Gerry Plaza
Fourth & Cooper Streets, Room 6040
Camden, NJ 08101

<u>**VIA ELECTRONIC MAIL & HAND-DELIVERY**</u>

Re:   Pearl Lucas v. Hill, et al
      <u>Civil Action No. 1:07-cv-0349</u>

Dear Judge Kugler:

Enclosed please find the Investigative Report of the Special Litigation Committee of the Board of Directors of Commerce Bancorp, Inc. with Exhibits A through N attached thereto, which was electronically filed with the Clerk's Office today, February 12, 2008.

Respectfully submitted,
**BROWN & CONNERY, LLP**

William M. Tambussi

WMT/mmd
Enclosures
cc:   Counsel of Record (via e-mail)